IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREG WINSLOW,** | : |
| | :**CIVIL ACTION NO. 3:18-CV-1094** |
| **Plaintiff,** | : |
| | :**(Judge Sylvia H. Rambo)** |
| **v.** | : |
| | : |
| **PROGRESSIVE SPECIALTY** | : |
| **INSURANCE COMPANY, INC.,** | : |
| **d/b/a PROGRESSIVE DRIVE** | : |
| **INSURANCE,** | : |
| | : |
| **Defendant.** | : |
| | : |

_____

## **ORDER**

AND NOW, THIS 12th DAY OF DECEMBER 2018, FOR THE REASONS

SET OUT IN THE SIMULTANEOUSLY FILED MEMORANDUM, IT IS HEREBY

ORDERED THAT:

1. Progressive's Motion to Dismiss (Doc. 5) is GRANTED;

2. Count I of the Complaint goes forward with Plaintiff's request for

   attorney's fees stricken;

3. Count II for bad faith is dismissed with leave to amend;

4. Count III for fraud and misrepresentation is dismissed with leave to

   amend;

5. Count IV for declaratory judgment, Count V for specific performance,

and Count VI for unjust enrichment are dismissed without leave to amend;

6.    If Plaintiff chooses to file an amended complaint, he must do so within fourteen (14) days of the date of this Order.


                      s/Sylvia H. Rambo
                      SYLVIA H. RAMBO
                      United States District Judge